Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
**Southern** District of **Mississippi**
**Southern** Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 26 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Case No. **3:24-CV-48-KHJ-MTP**
(to be filled in by the Clerk's Office)

Plaintiff(s): **Anthony Deundra Wilson**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s):
**Mr. Warden Jackson**
**Mr. Warden Andrews**
**Mr. Chief Perry**
**Contract Monitor Mrs. Allen**
**Unit Manager Mrs. Williams**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**SEE ATTACHED**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

CONTINUED FROM-PAGE 1 of 11

Pro Se 14 (Rev.12/16) Complaint for violation of civil rights (PRISONER)

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT of MISSISSIPPI
#### SOUTHERN DIVISION

Case No. _____
(to be filled in by the Clerk's office)

ANTHONY DEUNDRA WILSON

**PLAINTIFF(S)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SUPERINTENDENT - MR. RON KING
WARDEN - MR. JACKSON
SECURITY WARDEN - MR. ANDREWS
CHIEF OF SECURITY, MAJOR - MR. PERRY
CONTRACT MONITOR - MRS. ALLEN
UNIT MANAGER - MRS. WILLIAMS
PUSCH NURSE - MRS. DUNN
CAPTAIN - MR. MCGUIREY
LT. - MR. POLLARD
LT. - MR. HOLLINGSHEAD
Sgt. - MRS. STEWART
Sgt. - MS. MOSLEY

"SEE ATTACHED"

**DEFENDANT(S)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with a full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (PRISONER COMPLAINT)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, paper filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

DEFENDANT(S) & PLAINTIFF(S)   CONTINUED FROM - PAGE 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** ANTHONY D WILSON
- **All other names by which you have been known:** ANTHONY OR LIL ANT
- **ID Number:** 265705
- **Current Institution:** EAST MISSISSIPPI CORRECTIONAL FACILITY
- **Address:** 10641 HIGHWAY 80 WEST
  MERIDIAN, MISS 39307
  *City*  *State*  *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** MR. WARDEN JACKSON
- **Job or Title** *(if known)*: WARDEN
- **Shield Number:**
- **Employer:** M.T.C MANAGEMENT 3 TRAINING CORPORATION
- **Address:** 10641 HIGHWAY 80 WEST
  MERIDIAN, MISS 39307
  *City*  *State*  *Zip Code*
- [✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- **Name:** MR. WARDEN ANDREWS
- **Job or Title** *(if known)*: SECURITY WARDEN
- **Shield Number:**
- **Employer:** M.T.C MANAGEMENT 3 TRAINING CORPORATION
- **Address:** 10641 HIGHWAY 80 WEST
  MERIDIAN, MISS 39307
  *City*  *State*  *Zip Code*
- [✓] Individual capacity   [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: MR. CHIEF PERRY
- Job or Title (if known): MAJOR, CHIEF OF SECURITY
- Shield Number:
- Employer: M.T.C, Management & Training Corporation
- Address: 10641 Highway 80 West, Meridian, MISS 39307

City — State — Zip Code

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name: MRS. ALLEN
- Job or Title (if known): Contract Monitor
- Shield Number:
- Employer: M.T.C Management & Training Corporation
- Address: 10641 Highway 80 West, Meridian, MISS 39307

City — State — Zip Code

[✓] Individual capacity   [✓] Official capacity

SEE ATTACHED FOR - DEFENDENT NO. 5 AND THE OTHER DEFENDANTS

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1.) AMENDMENT VIII - EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCESSIVE FINES IMPOSED, NOR CRUEL AND UNUSUAL PUNISHMENTS INFLICTED.
2.) FALSE IMPRISONMENT
3.) ARTICAL. XIII - SECTION. 1 NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE, EXCEPT AS A PUNISHMENT FOR CRIME WHEREOF THE PARTY SHALL HAVE BEEN DULY CONVICTED, SHALL EXIST WITHIN THE UNITED STATES, OR ANY PLACE SUBJECT TO THEIR JURISDICTION.
4.) PREA - PRISON RAPE ELIMINATION ACT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

SEE ATTACHED FOR - BASIS FOR JURISDICTION B.

B. DEFENDANT(S) CONTINUED - PAGE 2 of 11 ; 3 of 11

PRO SE 14 (REV. 12/16) COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER)

**DEFENDENT NO. 5**
NAME: UNIT MANAGER MS. WILLIAMS
JOB OR TITLE (IF KNOWN): UNIT MANAGER
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN     MISS     39307
City     State     Zip Code
☑ Individual Capacity   ☑ Official Capacity

**DEFENDENT NO. 6**
NAME: LT. POLLARD
JOB OR TITLE (IF KNOWN): LT.
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN     MISS     39307
City     State     Zip Code
☑ Individual Capacity   ☑ Official Capacity

**DEFENDENT NO. 7**
NAME: CAPT. MCQUEREY
JOB OR TITLE (IF KNOWN): CAPTAIN
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN     MISS     39307
City     State     Zip Code
☑ Individual Capacity   ☑ Official Capacity

**DEFENDENT NO. 8**
NAME: PHSC DOCTOR NURSE MRS DUNN
JOB OR TITLE (IF KNOWN): PHSC NURSE
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN     MISS     39307
City     State     Zip Code
☑ Individual Capacity   ☑ Official Capacity

**DEFENDENT NO. 9**
NAME: Sgt. MRS STEWART
JOB OR TITLE (IF KNOWN): Sgt.
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: MERIDIAN     MISS     39307
City     State     Zip Code
☑ Individual Capacity   ☑ Official Capacity

B. DEFENDENT(S)
CONTINUED FROM PAGE 2 of 11 ; 3 of 11

**DEFENDENT(S) CONTINUED - FROM PAGE 2 of 11 & 3 of 11**
ADO SF 14 (REV 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

**DEFENDENT NO. 10**
NAME: LT. HOLLINGSHEAD
JOB OR TITLE (IF KNOWN): LT.
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN       MISS       39307
City           State      Zip Code
[✓] Individual Capacity   [✓] Official Capacity

**DEFENDENT NO. 11**
NAME: Ms. Sgt. MOSLEY
JOB OR TITLE (IF KNOWN): Sgt.
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION
ADDRESS: 10641 Highway 80 West
MERIDIAN       MISS       39307
City           State      Zip Code
[✓] Individual Capacity   [✓] Official Capacity

**DEFENDENT NO. 12**
NAME: SUPERINTENDENT MR. RON KING
JOB OR TITLE (IF KNOWN): SUPERINTENDENT OVER PRIVATE FACILITYS
SHIELD NUMBER:
EMPLOYER: M.T.C MANAGEMENT & TRAINING CORPORATION MDOC
ADDRESS: 10641 Highway 80 West
MERIDIAN       MISS       39307
City           State      Zip Code
[✓] Individual Capacity   [✓] Official Capacity

---

* NOTE - ALL OFFICERS THAT ARE RANKED DIFFERENTLY HERE ON THIS PAGE AND, OTHER PAGES WERE PROMOTED OVER A PERIOD OF TIME!

* NOTE - UNIT MANAGER MRS. WILLIAMS WAS THEN CASE MANAGER ALL ALONG AND, WHEN THINGS STARTED TO COME OUT SHE SWITCHED POSITIONS AND, TOOK THE JOB OF BECOMING THE UNIT MANAGER. BUT SHE HELP ME IN PRISON AS THE CASE MANAGER AND, MRS. WILLIAMS FALSEFIED DOCUMENTS. NOW MRS. WILLIAMS IS THE UNIT-5 UNIT MANAGER AND, SHES TRYING TO MAKE IT LOOK LIKE SHES CLEANING THE WHOLE UNIT-5 UP. AND ITS ALL A COVER UP.

DEFENDENT(S) CONTINUED FROM PAGE 2 of 11 & 3 of 11

II. BASIS FOR JURISDICTION CONTINUED - FROM PAGE 3 OF 11

PRO SE 14 (REV. 12/16) COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER)

B.
1.) **AMENDMENT I** - Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

2.) **AMENDMENT V** - No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

3.) **AMENDMENT VI** - In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

4.) **AMENDMENT VII** - In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

5.) **AMENDMENT VIII** - Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

6.) **ARTICLE XIII. [PROPOSED 1865; RATIFIED 1865] SECTION 1.** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. **Section 2.** Congress shall have power to enforce this article by appropriate legislation.

7.) **FALSE IMPRISONMENT**

8.) **FALSIFYING DOCUMENTS**

9.) **P.R.E.A. - PRISON RAPE ELIMINATION ACT OF 2003** - INJURY

10.) **SEXUAL HARASSMENT** - MENTAL, PHYSICAL, EMOTIONAL & SPIRITUAL

11.) **ATTEMPTED MURDER**

12.) **THREATENING** - DEUTERONOMY 27:85 - "CURSED IS THE ONE WHO MAKES THE BLIND TO WANDER OFF THE ROAD", AND ALL OF THE PEOPLE SHALL SAY AMEN!"

13.) **BRIBERY** - DEUTERONOMY 27:25 - "CURSED IS THE ONE WHO TAKES A BRIBE TO SHED INNOCENT BLOOD," AND ALL THE PEOPLE SHALL SAY AMEN!"

14.) **HOMOSEXUALITY** - ROMANS 1:26-32 - For this reason God gave them up to vile passions. For even their women exchanged the natural use for what is against nature. 27 Likewise also the men, leaving the natural use of the woman, burned in their lust for one another, men with men committing what is shameful, and receiving in themselves the penalty of their error which was due. 28 And even as they did not like to retain God in their knowledge, God gave them over to a debased mind, to do those things which are not fitting; 29 being filled with all unrighteousness, sexual immorality, wickedness, covetousness, maliciousness; full of envy, murder, strife, deceit, evil-mindedness; they are whisperers, 30 backbiters, haters of God, violent, proud, boasters, inventors of evil things, disobedient to parents, 31 undiscerning, untrustworthy, unloving, unforgiving, unmerciful; 32 who, knowing the righteous judgement of God, that those who practice such things are deserving of death, not only do the same but also approve of those who practice them.

15.) **HOMOSEXUALITY** - Today in some churches HOMOSEXUALITY is increasingly being accepted as an acceptable practice (NOT SIN). The message to back up the acceptance and practice of HOMOSEXUALITY is; WE ARE GOD'S CHILDREN, IT IS A GENETIC DNA creation of nature, and a protected legal and constitutional right. Since many churches are tied in with the world and its culture, allowance is made for these practicing HOMOSEXUALITY, MEN AND WOMEN, TO BE PUT INTO HEADSHIP AS CLERGY, IN HIERARCHY, AND IN POWER OF AUTHORITY IN

II. BASIS FOR JURISDICTION                    CONTINUED FROM PAGE 3 OF 11

I. BASIS FOR JURISDICTION CONTINUED FROM PAGE 3 OF 11

PRO SE 14 (Rev.12/16) Complaint for violation of civil rights (Prisoner)

B. CHURCH(ES), CORPORATION(S), PRISON(S), FACILITY(S), PRISONER(S), INSTITUTION(S) AND PRISONER(S) THAT ARE INCARCERATED IN THESE INSTITUTIONS AND THESE FACILITY(S) THROUGH THEIR CHURCH(ES) AND THEIR IN CORPORATION(S)!!! CLAIMING TO BE CHRISTIAN(S), CHRISTIAN OR, A CHRISTIANER!!

16) BRIBERY - JEREMIAH, 9:4-8 -⁴"LET EVERYONE BEWARE OF HIS NEIGHBOR, AND PUT NO TRUST IN ANY BROTHER, FOR EVERY BROTHER IS A DECEIVER, AND EVERY NEIGHBOR GOES ABOUT AS A SLANDERER. ⁵EVERYONE DECEIVES HIS NEIGHBOR, AND NO ONE SPEAKS THE TRUTH; THEY HAVE TAUGHT THEIR TO SPEAK LIES; THEY WEARY THEMSELVES COMMITTING INIQUITY. ⁶HEAPING OPPRESSION UPON OPPRESSION, AND DECEIT UPON DECEIT, THEY REFUSE TO KNOW ME, DECLARES THE LORD. ⁷THEREFORE THUS SAYS THE LORD OF HOST: "BEHOLD, I WILL REFINE THEM AND TEST THEM, FOR WHAT ELSE CAN I DO, BECAUSE OF MY PEOPLE? ⁸"THEIR TONGUE IS A DEADLY ARROW; IT SPEAKS DECEITFULLY; WITH HIS MOUTH EACH SPEAKS PEACE TO HIS NEIGHBOR, BUT IN HIS HEART HE PLANS AN AMBUSH FOR HIM.

17) BRIBERY - JEREMIAH, 8:10 -¹⁰"THEREFORE I WILL GIVE THEIR WIVES TO OTHERS AND THEIR FIELDS TO CONQUERORS, BECAUSE FROM THE LEAST TO THE GREATEST EVERYONE IS GREEDY FOR UNJUST GAIN; FROM PROPHET TO PRIEST, EVERYONE DEALS FALSELY.

18) EXTORTION

19) FAVORITISM

20) RETALLIATION

21) MENTAL INJURY

22) PHYSICAL INJURY

23) EMOTIONAL INJURY

24) SPIRITUAL INJURY

25) ASSAULT

26) TREASON

27) CONSPIRICY

28) RECO ACT - RACKETEER INFLUENCED CORRUPT ORGANIZATION(S) ACT

29) GROUP ACTIVITY

30) OBSTRUCTION OF JUSTICE

31) POLICE BRUTALITY

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On the above date and, time at approximately 10:00 A.M. on Thursday, January, 4th, 2024, I inmate Anthony D. Wilson #165705 was and, has and, still is being held here at the East Mississippi Correctional Facility in Meridian County, in the State of Miss. Against my will under, false imprisonment. I have also been having my 8th Amendment right violated sence I've been here. I was granted senate house bill 2795 parole. But to no avail. The administration is trying to use me to get their prison out of debt. But I'm not willing to. Slavery was abolished in 1805, I'm no slave or no modern day slave I'm supposed to be free.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* I was granted senate house bill 2795 parole on Dec. 30th 2022. But to no avail. I inmate Anthony D. Wilson #165705 is still being held under false imprisonment, against my will.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was granted senate house bill 2795 parole on December, 30th 2020 and, Mrs. Williams who was the case manager at the time would not do her job to ensure that I made it out of prison. She falsefied documents and bribed the warden, Mr. Jackson, the security warden, Mr. Andrews, the chief of security, Major, Mr. Perry and, the contract monitor Mrs. Alsen. to hold me against my will and, say I was deceased. And Ms. Williams who was the unit manager now. Even tried to sneak me out of the facility in a plot to kill me. And all she had to do was call the Mmf Alabama Sheriff's Department to come and, get me for my Detainer. But she tried to get me to do involuntary servitude in exchange for my freedom. And trying to force homosexuality upon me and, use me to get their prison out of debt.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Around August the 24th or August the 25th 2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

An inmate named Kameren Lamb that was transferred to this facility with me in August the 23rd, 2022 started rumors and, tried to force homosexuality upon me and, bribed the administration to try to kill me. I have been screaming since I have been here in the East Mississippi Correctional Facility but no one has been trying to help me at all. I have filled out ARP after ARP but to no avail, and Lt. Pollard, Cpt. McGuirky, Psych Nurse Ms. Dunn, Sgt. Stewart and, Lt. Hollingshead who was a Sgt. at the time.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I received mental, emotional, physical and, spiritual injurys. And I was also held down in medical and, administered shots by a female nurse. Lt. Pollard, Sgt. Stewart and, another officer held me down and, the nurse shot me in both hips while one officer tried to force my head down to the floor. I am not an Psyc patient so why should I have been administered shots. I set my cell on fire because inmates and, officers kept trying to force homosexuality upon me and, threatening my life and, I was scared for my life!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I inmate Anthony D. Watson #165705 who is not supposed to be in prison wants $10,000 a day for everyday that I have been held against my will under false imprisonment. But 1st I would like to receive my FREEDOM that I was granted under parole. Then $10,000 a day for each day that I sat here in prison that I wasn't supposed to have been here. Im requesting $50,000,000 for PREA - Prison Rape Elimination Act. And I want $50,000,000 for mental, emotional, physical and, spiritual injurys. And, I request that the management & training corporation lose their contract for being a corrupted corporation.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

EAST MISSISSIPPI CORRECTIONAL FACILITY

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

THE EAST MISSISSIPPI CORRECTIONAL FACILITY DID NOT COVER ANY OF MY CLAIMS AT ALL.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At the Wilkenson County Correctional Facility

2. What did you claim in your grievance?

A violation of my 8th Amendment right

3. What was the result, if any?

The staff at the Wilkenson County Correctional Facility did tend to my ARPs but I dissmissed them at the 2nd step because the problem was kind of resolved.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Like I said I dissmissed the grievances at the Wilkenson County Correctional Facility. But I haven't seen an ARP staff member period here at the East Mississippi Correctional Facility. They don't do anything but sweep the stuff under the rug. And let stuff keep going on.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    I DID FILE OVER AND OVER ON SEVERAL OCCASIONS.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I DID FILE GRIEVANCES AND, I INFORMED MR. WARDEN JACKSON, MR. WARDEN ANDREW, MR. CHIEF MAJOR PERRY, THE CONTRACT MONITOR MS. ALLEN, MRS. UNIT MANAGER WILLIAMS, MR. CT PICARD, MR. CAPTAIN MCCAREY AND MRS. SGT STEWART. AND THEY ALL TOLD ME ITS NOTHING THEY CAN DO. IF I CAN'T HELP THEM THEN THEY WONT HELP ME.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    THE ADMINISTRATION IS TRYING TO USE ME FOR INVOLUNTARY SERVITUDE AND FORCE HOMOSEXUALITY UPON ME AND TRYING TO USE ME TO GET THEIR FACILITY OUT OF DEBT. AND THEY WONT LET ME GO UNLESS I AGREE TO HELP THEM. BUT I KEEP REFUSING

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   _NO_

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number _____N/A_____

4. Name of Judge assigned to your case _____N/A_____

5. Approximate date of filing lawsuit _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-4-24

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ANTHONY DEANDRA WILSON
Prison Identification #: 165705
Prison Address: 10641 Highway 80 West, Meridian, MS 39307

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____