UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY DEUNDRA WILSON                                     PLAINTIFF

V.                                        CIVIL ACTION NO. 3:24-CV-48-KHJ-MTP

WARDEN JACKSON, et al.                                   DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 10th day of July, 2024.

                                                     s/ *Kristi H. Johnson*
                                                     UNITED STATES DISTRICT JUDGE